**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

IN RE: ADOPTION OF H.R.W.

PETITION OF: D.T.W.

: No. 523 WAL 2014
:
: Petition for Allowance of Appeal from the
: Order of the Superior Court
:

## ORDER

**PER CURIAM**

     **AND NOW**, this 11th day of December, 2014, the Petition for Allowance of Appeal is **DENIED**.